UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VEDRICK LAMONTE SYMONETTE
    Plaintiff,

v.                          Case No. 1:24cv242-TKW-ZCB

MIKE JULIUS MCLANEY, et al.
    Defendants.
_____/

## <u>ORDER</u>

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should dismissed for lack of subject matter jurisdiction and because it is frivolous. Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is **DISMISSED** for lack of subject matter jurisdiction and because it is frivolous.

3.    The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE AND ORDERED** this 21st day of January, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**